No. **CR 07 00544 JW**    HRL

FILED

# UNITED STATES DISTRICT COURT

2007 AUG 15 P 3:11

## NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

### SAN JOSE DIVISION

---

### THE UNITED STATES OF AMERICA
*vs.*
### MIGUEL ANGEL MARTINEZ-MENDOZA

---

## INDICTMENT

**COUNT ONE:** Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

*A true bill.*

_Ramona L Wills_
Foreperson

Filed in open court this 15 day of August
A.D. 2007

United States Magistrate Judge

Bail. $ No process

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3
4  E-FILING
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION
11
                                          CR 07 00544 JW
12 | UNITED STATES OF AMERICA,     )   No.
13 |     Plaintiff,                )
                                   )   VIOLATION: 8 U.S.C. § 1326 –
14 |   v.                          )   Illegal Re-Entry Following Deportation
                                   )
15 | MIGUEL ANGEL MARTINEZ-        )
   | MENDOZA,                     )
16 |                               )
   |     Defendant.                )   SAN JOSE VENUE
17 |                               )
18
19                      INDICTMENT
20 The Grand Jury charges:
21    On or about May 22, 2007, the defendant
22              MIGUEL ANGEL MARTINEZ-MENDOZA,
23 an alien, previously having been arrested and deported from the United States on or about
24 November 1, 1996, November 23, 2002, July 26, 2003 and April 26, 2005, was found in the
25 Northern District of California, the Attorney General of the United States and the Secretary for
26 Homeland Security not having expressly consented to a re-application by the defendant for
27
28 //

INDICTMENT

FILED
2007 AUG 15 P 3: 11
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

1  admission into the United States, in violation of Title 8, United States Code, Section 1326.

2

3

4  DATED: 8/15/07                              A TRUE BILL.

5

6                                              *[signature]*
                                               FOREPERSON
7
   SCOTT N. SCHOOLS
8  United States Attorney

9
   *[signature]*
10 _____
   DAVID R. CALLAWAY
11 Deputy Chief, San Jose Branch Office

12

13
   (Approved as to form: *[signature]* )
14                        SAUSA B. KENNEDY

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT

AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA**

**OFFENSE CHARGED**

Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

**PENALTY:**
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

**DEFENDANT - U.S.**

▶ MIGUEL ANGEL MARTINEZ-MENDOZA

DISTRICT COURT NUMBER: CR 07 00544 JW HRL

Stamp: 2007 AUG 15 P 3:11 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J.

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): BENJAMIN KENNEDY

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: