| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 19 min. | | | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Corinne Lew | | REPORTER/FTR<br>FTR | |
| MAGISTRATE JUDGE<br>Patricia V. Trumbull | | DATE<br>9/13/07 | | NEW CASE ☐ | CASE NUMBER<br>CR 07-00544 JF |
| **APPEARANCES** | | | | | |
| DEFENDANT<br>Miguel Martinez-Mendoza | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>C. Lie | PD. ☒ RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>S. Yen | INTERPRETER | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>S. Lapizco for Pretrial Services | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

**PROCEEDINGS SCHEDULED TO OCCUR**

| | | | | | |
|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | | ☐ STATUS |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | | ☐ OTHER |
| ☒ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING |

**INITIAL APPEARANCE**

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| ☐ PROPERTY TO BE POSTED CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| TO:<br>10/1/07 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>1:30 p.m. (prev. set) | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>James Ware | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

cc: L. Garcia