UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 10/1/2007 | **Court Reporter:** Irene Rodriguez |
| **Case No:** CR-07-0544 JW | **U.S. Probation Officer:** N/A |
| | **Interpreter:** N/A |

### TITLE

U.S.A. v. Miguel Martinez-Mendoza (C)

Attorney(s) for Plaintiff(s): Benjamin Kennedy
Attorney(s) for Defendant(s): Cynthia Lie

### PROCEEDINGS

Status/Trial Setting Hearing

### ORDER AFTER HEARING

**Hearing Held. Defendant Martinez-Mendoza present and in custody for proceedings. This is the Defendant's Initial appearance before the Court. The Last Day for Trial is 10/27/2007. The Court continued this matter to 10/15/2007 at 1:30 PM for Further Status/Trial Setting Hearing. Time is excluded from 10/1/2007 to 10/15/2007 for efforts to resolve this matter short of trial.**

Last Day for Trial: 10/27/2007

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: