SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BENJAMIN T. KENNEDY (CASBN 241350)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5059
   Facsimile:  (408) 535-5066
   Email: benjamin.t.kennedy@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> MIGUEL ANGEL MARTINEZ- ) <br> MENDOZA, ) <br> ) <br>    Defendant. ) <br> ) | No.   CR 07-00544 JW <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OCTOBER 1, 2007 TO OCTOBER 15, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    The parties stipulate that the time between October 1, 2007 and October 15, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

//

18 U.S.C. §3161(h)(8)(A).

DATED: October 4, 2007                    SCOTT N. SCHOOLS
                                          United States Attorney


                                          ___/s/_____
                                          BENJAMIN T. KENNEDY
                                          Assistant United States Attorney


                                          ___/s/_____
                                          CYNTHIA LIE
                                          Assistant Federal Public Defender

1  **ORDER**

2  Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY
3  ORDERS that the time between October 1, 2007 and October 15, 2007 is excluded under the
4  Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested
5  continuance would unreasonably deny defense counsel reasonable time necessary for effective
6  preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that
7  the ends of justice served by granting the requested continuance outweigh the best interest of the
8  public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The
9  court therefore concludes that this exclusion of time should be made under 18 U.S.C.
10 §3161(h)(8)(A).

12 IT IS SO ORDERED.
13 DATED:   October 10, 2007            _____
                                        JAMES WARE
14                                      UNITED STATES DISTRICT JUDGE