1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  BENJAMIN T. KENNEDY (CASBN 241350)
   Assistant United States Attorney
5
       150 Almaden Boulevard
6      San Jose, California 95113
       Telephone: (408) 535-5059
7      Facsimile:  (408) 535-5066
       Email: benjamin.t.kennedy@usdoj.gov
8
   Attorneys for the United States of America
9
10                 UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                        SAN JOSE DIVISION
13
14 UNITED STATES OF AMERICA,           )   No.    CR 07-00544 JW
                                       )
15     Plaintiff,                      )   STIPULATION AND [PROPOSED]
                                       )   ORDER EXCLUDING TIME FROM
16     v.                              )   OCTOBER 15, 2007 TO NOVEMBER 5,
                                       )   2007 FROM THE SPEEDY TRIAL ACT
17 MIGUEL ANGEL MARTINEZ-              )   CALCULATION (18 U.S.C. §
   MENDOZA,                            )   3161(h)(8)(A))
18                                     )
       Defendant.                      )
19 _____    )
20
21     The parties stipulate that the time between October 15, 2007 and November 5, 2007 is
22 excluded under the Speedy Trial Act, 18 U.S.C. § 3161, and agree that the failure to grant the
23 requested continuance would unreasonably deny defense counsel reasonable time necessary for
24 effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree
25 that the ends of justice served by granting the requested continuance outweigh the best interest of
26 the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.
27
28 //

                                            1

1. 18 U.S.C. § 3161(h)(8)(A).

2.

3. DATED: October 16, 2007    SCOTT N. SCHOOLS
United States Attorney

  /s/
BENJAMIN T. KENNEDY
Assistant United States Attorney


  /s/
CYNTHIA LIE
Assistant Federal Public Defender

2

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between October 15, 2007 and November 5, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

DATED: October 17, 2007                     _____
                                            JAMES WARE
                                            UNITED STATES DISTRICT JUDGE