UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:** 11/5/2007  **Court Reporter:** Irene Rodriguez
**Case No:** CR-07-0544 JW  **U.S. Probation Officer:** N/A
 **Interpreter:** N/A

## TITLE

U.S.A. v. Miguel Martinez-Mendoza ( C )

**Attorney(s) for Plaintiff(s):** Benjamin Kennedy
**Attorney(s) for Defendant(s):** Lara Vinnard for Cynthia Lie

## PROCEEDINGS

1. Disposition
2. Judgment and Sentencing (Fast Track)

## ORDER AFTER HEARING

**Hearing Held. Defendant Martinez-Mendoza present and in custody for proceedings. The Defendant plead guilty as to Count 1 of the Indictment. A plea agreement was executed in open court. The Defendant waived referral to the Probation Office for preparation of a presentence investigation report. The Court proceeded with immediate sentencing of the Defendant.**

**The Defendant is sentenced as to Count 1 of the Indictment. The Defendant is committed to 21 months BOP custody, 3 years supervised release under the standard and Court imposed special condition; $100 special assessment. The Defendant is remanded to the custody of the USMS.**

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: