**FILED**
NOV 0 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | NO. CR 07-00544 JW |
|---|---|
| Plaintiff, | **SEALING ORDER PURSUANT TO GENERAL ORDER 54** |
| v. | |
| MARTINEZ-MENDOZA, | |
| Defendant. | |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

___ Presentence Report

___ Plea Agreement

_X_ Statement of Reasons

___ _____
      (Other)

Dated: NOV 7 2007

James Ware
JAMES WARE
United States District Judge

THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:

United States Probation Office
United States Marshal Service
280 South First Street
San Jose CA 95113

Dated: 11/07/07

Richard W. Wieking, Clerk

By: _Elizabeth C. Garcia_
Elizabeth Garcia
Courtroom Deputy

United States District Court
For the Northern District of California